UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAKEITH AMIR-SHARIF, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>UNIVERSITY OF TEXAS MEDICAL )<br>BRANCH, ET AL., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>3:07-CV-0176-G<br><br>**ECF** |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are **ADOPTED** as the findings and conclusions of the court.

**SO ORDERED**.

April 30, 2007.

_____
A. JOE FISH
CHIEF JUDGE